# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI

Thomas Echo Hardesty  
(full name)     (Register No).

Plaintiff(s).

v.

Greene County Justice Center  
(Full name)

Defendant(s).

Case No. _____

Defendants are sued in their (check one):  
___ Individual Capacity  
_X_ Official Capacity  
___ Both

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Greene County Justice Center.

II. Parties to this civil action:  
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Thomas Echo Hardesty Register No. _____  
Address 1600 N. Boonville, Springfield, MO, 65802

B. Defendant Greene County Justice Center  
Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 6:20-cv-03299-BCW   Document 1   Filed 09/23/20   Page 1 of 5

III. Do your claims involve medical treatment? Yes **X** No ___

IV. Do you request a jury trial? Yes ___ No **X**

V. Do you request money damages? Yes **X** No ___

State the amount claimed? $**5.M** / **5.M** (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes **X** No ___

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure? Yes **X** No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ___ No **X**

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
_____
_____
_____

D. If you have not filed a grievance, state the reasons. **Covid 19 - CASES "31" IS PUBLIC NEWS ON TV AND WE ARE LOCKED DOWN 23 HOURS A DAY BECAUSE OF IT.**

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No **X**

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No **X**

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
        (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

Case 6:20-cv-03299-BCW   Document 1   Filed 09/23/20   Page 2 of 5

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                (Pending) (on appeal) (resolved)

(8) If resolved, state whether for: _____
                        (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

BEEN SICK AND TREATED TWICE WITH ANTOBOTICS. FOR COVID SYSTEMS.

B. State briefly your legal theory or cite appropriate authority:

PEOPLE ARE DYING FROM THIS AND SICK AROUND ME. I FEEL LIFE IS IN DANGER.

3

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Seek Damages for Being Exposed and getting sick twice.

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. Ø

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes____ No _X_

If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes____ No _X_

If your answer is "Yes," state the name and address of the lawyer.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this ___T.H.___ day of ___SEP. 9th___ 20_20_

Thomas Echo Hardesty
Signature(s) of Plaintiff(s)

GREENE COUNTY JUSTICE CENTER
1000 N Boonville
Springfield MO. 65802

Thomas E. Harvey
Inmate Name

295861
Jacket #

RECEIVED
2020 SEP 23 PM 12:19
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF
MO, SPGFLD.

SPRINGFIELD MO 658
21 SEP 2020 PM

$ 000.50⁰
SEP 21 2020
MAILED FROM ZIP CODE 65802

LEGAL MAIL

Office of the Clerk
U.S. District Court
Office of the Clerk
1510 Whittaker Courthouse
400 E Ninth Street
Kansas City, Missouri

INDIGENT